**LAW OFFICES OF JONG YUN KIM**
JONG YUN KIM, SBN 272176
　E-Mail: JongKimLaw@hotmail.com
3600 Wilshire Blvd., Suite 2226
Los Angeles, California 90010
Telephone: 213.351.9400
Facsimile: 213.736-6514

Attorneys for Defendants

**LAW OFFICES OF BABAK HASHEMI**
BABAK HASHEMI, SBN 263494
　E-Mail: babakhashemi@gmail.com
20062 SW Birch St., Suite 200
Newport Beach, California 92660
Telephone: 949.464.8529
Facsimile: 949.259.4548

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Rutherford,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>DAIN INVESTMENTS, INC., a California corporation; Hyunjoo Jin, an individual; and DOES 1-10 inclusive,<br><br>　　　Defendant. | CASE NO. 5:20-cv-00376-SVW-SHK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))**<br><br>The Hon. Stephen V. Wilson<br><br>Trial Date: None Set |

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　This Stipulation is entered into between and among Plaintiff, through his counsel of record, and Defendants DAIN INVESTMENTS, INC. and Hyunjoo Jin (collectively "Defendants"), through their counsel of record, and is based on the following facts:

　　1.　　Plaintiff filed a Complaint in this action on March 3, 2020.

---

2.      Defendant DAIN INVESTMENTS, INC. and Defendant Hyunjoo Jin were served with the Summons and Complaint on March 14, 2020 and March 23, 2020 respectively.

3.      Defendant DAIN INVESTMENTS, INC.'s response to the Complaint is presently due on April 6, 2020.  Defendant Hyunjoo Jin's response to the Complaint is presently due on April 13, 2020.

4.      Plaintiff agrees that Defendants have until May 13, 2020 to respond to the Complaint.

Therefore, the parties stipulate as follows:

Defendants may have until May 13, 2020 to respond to the Complaint.

DATED: April 20, 2020          LAW OFFICES OF JONG YUN KIM


By:   /s/ Jong Yun Kim
      Jong Yun Kim, Esq.
      Attorney for Defendants

DATED: April 20, 2020          LAW OFFICES OF BABK HASHEMI


By:   /s/ Babak Hashemi
      Babak Hashemi, Esq.
      Attorneys for Plaintiff

STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: April 20, 2020          LAW OFFICES OF JONG YUN KIM

                               By:      /s/ Jong Yun Kim
                                    Jong Yun Kim
                                    Attorneys for Defendants